**YouTube Support Team** 4:34 AM
to me

Hello,

Regarding the following URL(s): https://www.youtube.com/watch?v=cxcn54i7Qlo

We have removed the material in question for a privacy violation, pursuant to our Community Guidelines. It may take some time for video search results and thumbnail images to disappear from the site. Typically, this should not take more than a couple of days. Please be assured that the content has been removed. For more information regarding our Privacy Guidelines, please visit: http://youtube.com/t/privacy_guidelines.

After review of your legal complaint, we have removed the thumbnail that appeared on the video at the following URL:  https://www.youtube.com/watch?v=XhopGTSvnlY

Regards,

The YouTube Legal Support Team