317-421-1400 magistrate

STATE OF INDIANA ) IN THE _____ COURT____
 ) SS: ( _____ DIVISION, ROOM ___ )
COUNTY OF Shelby )
CASE NO. 73D01-2510-PO-301

Cali Miller ,  )
Petitioner (Your Name) )
 vs. )
Liam Bennett Smith ,  )
Respondent (Person to be Restrained) )

**FILED**
OCT 22 2025
CLERK OF SHELBY
SUPERIOR COURT NO. 1

### PETITION FOR AN ORDER FOR PROTECTION AND REQUEST FOR A HEARING—Filed by Person Seeking Protection

IMPORTANT: This is a public document and a copy of it will be placed in the Court's file. A copy may also be sent to the Respondent.
(Check those which apply)

1. I am filing this Petition for myself:

   ___ a. I am or have been a victim of domestic or family violence;
   ___ b. I am or have been a victim of a sex offense;
   ✓ c. I am or have been a victim of stalking;
   ✓ d. I am or have been a victim of repeated acts of harassment.

2. The Respondent's relationship to me is:

   a. the Respondent is my family or household member *(check only the line which best applies)*:
   ___ the Respondent is my spouse;
   ___ the Respondent used to be my spouse;
   ___ the Respondent and I resided together in an intimate relationship;
   ___ the Respondent and I have a child in common;
   ___ the Respondent and I are dating, or have dated, each other;
   ___ the Respondent and I are, or have been, engaged in a sexual relationship;
   ___ the Respondent and I are related by blood or adoption. The Respondent is my _____;
   ___ the Respondent and I are, or used to be, related by marriage. The Respondent is my _____;
   ___ the Respondent is, or used to be, my guardian;
   ___ the Respondent is, or used to be, my ward;
   ___ the Respondent is, or used to be, my custodian;
   ___ the Respondent is, or used to be, my foster parent; or,
   ___ I am a minor child of a person in one of the types of relationships described above.

1

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

___ I have adopted the child of the respondent.
b. ___ the Respondent has committed stalking against me.
c. ___ the Respondent has committed a sex offense against me.
d. _✓_ the Respondent has committed repeated acts of harassment against me.

3. How old is the Respondent? __?__ years old.

4. Please list all cases (divorce, protection orders, paternity, guardianship, criminal, juvenile, civil) involving the Respondent, yourself, or a child you have with the Respondent (attach additional sheets of paper if necessary):

| Case Name | Case Number | County & State |
|---|---|---|
| Police Report | SPD-25-03911 | Shelby, Indiana |
| Police Report | SPD-25-03930 | Shelby, Indiana |
| Police Dispatch # | 2025-00048155 | Shelby, Indiana |

___ Continued on Attachment 4a.

5. This case is filed in this county because:

___ a. the Respondent lives in this county.
___ b. the incident(s) of domestic or family violence, stalking, sex offense, or harassment happened in this county.
_✓_ c. I live in this county.

6. If you are not represented by an attorney, fill in your public mailing address:
1318 S Noble St Shelbyville, IN 46176

This address will not be kept secret, so you should use a mailing address that you feel comfortable having public. The address you place on the Confidential Form, PO-0104 will be kept confidential. If the Court grants the order, you may be eligible to obtain a confidential address through the Attorney General's Address Confidentiality Program (ACP). Email the ACP at: confidential@atg.state.in.us to get information on how to participate in that program.

7. The Respondent has committed the following act(s) of domestic or family violence, stalking, sex offense, or harassment (check those which apply):

___ the Respondent attempted to cause physical harm to me;
_✓_ the Respondent threatened to cause physical harm to me;
___ the Respondent did cause physical harm to me;
_✓_ the Respondent placed me in fear of physical harm;
___ the Respondent caused me to involuntarily engage in sexual activity by force, threat of force, or duress;
_✓_ the Respondent committed stalking against me;
___ the Respondent committed a sex offense against me;

___ the Respondent committed an act of animal cruelty by beating, torturing, mutilating, or killing a vertebrate animal without justification with an intent to threaten, intimidate, coerce, harass or terrorize a family or household member;

✓ the Respondent committed repeated acts of harassment against me.

8. Describe what happened in each of the above incidents including the date(s), place(s) and witnesses to each incident *(attach additional sheets of paper if necessary)*:

Date of Incident #1: Sept 2, 2025
Place of Incident: Online, Nashville TN, Shelbyville, IN

Defendant Description of Incident:
~~Plantiff~~ made initial Youtube video about me calling me a predator

List the names of all of the people who were present during the incident. You must include your own name if you were present:
Cali Miller, Liam Bennett Smith

Date of Incident #2: Sep 3, 2025
Place of Incident: Online, Nashville TN, Shelbyville IN
Description of Incident:
Defendant made second video about me calling me a predator

List the names of all of the people who were present during the incident. You must include your own name if you were present:
Cali Miller Liam Bennett Smith

Date of Incident #3: Oct 18, 2025
Place of Incident: Online, Nashville, TN, Shelbyville IN
Description of Incident:
Defendant made third video about me, calling me a predator and threatening to bring a coldboard cutout of me to Shelbyville to tell people about me. He replied to a comment stating he will be carrying a gun

List the names of all of the people who were present during the incident. You must include your own name if you were present:
Cali Miller, Liam Bennett Smith

✓ Continued on Attachment 8a.

9. I am asking the Court to order the following relief *(check all which apply)*:

Attachment 8A

Date of Incident 4: Oct 20, 2025
Place of Incident: Online, Nashville TN, Shelbyville IN
Description of Incident: I found the Defendant's legal name and address and reported it to the police.

Date of Incident 5: Oct 21 2025
Place of Incident: Online, Nashville TN, Shelbyville IN
Description of Incident: He made a fourth video about me with my photo in the thumbnail. This video is members only so I can't see the content.

Date of Incident 6: Oct 21 2025
Place of Incident: Online, Nashville TN, Shelbyville IN
Description of Incident: He made a fifth video about me with my photo in the thumbnail, falsely claiming I am going to murder him.

**NOTE:** *The following requested relief may be granted immediately by the Judge without a hearing. However, if the petition is based on harassment alone, the relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.*

√ Prohibit the Respondent from committing, or threatening to commit, acts of domestic or family violence, stalking, or sex offenses against me;

√ Prohibit the Respondent from committing, or threatening to commit, acts of domestic or family violence, stalking, or sex offenses against my family or household members, whose names are: Michael Jaussaud, Vicki Jaussaud, Edward Miller _____;

√ Prohibit the Respondent from harassing, annoying, telephoning, contacting, or directly or indirectly communicating with me;

√ Order the Respondent to stay away from my residence, school, place of employment, or other place, which is the _____, located at: _____;

√ Order the Respondent to stay away from the following location(s) frequented by my family or household member(s), which may include a residence, school, or place of employment: My parents residence 2138 Cherokee Dr Shelbyville 46176, The County of Shelby, The city of Shelbyville, Fairland, Morristown, Waldron, Hope, Geneva,

*Please complete:*
Please list all owners or lease signers at my residence: Cali Miller, Vicki Jaussaud _____

**NOTE:** *The following requested relief may be granted immediately by the Judge, but the Court must hold a hearing within thirty (30) days. If the petition is based on harassment alone, the relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.*

___ Evict the Respondent from my residence, which is located at: _____;

___ Order the Respondent to give me the possession and use of the following:
   ___ The residence located at: _____;
   ___ An automobile/other motor vehicle described as: _____;
   ___ Other necessary personal items, described as: _____;

___ Prohibit Respondent from removing, transferring, injuring, concealing, harming, attacking, mistreating, threatening to harm, or otherwise disposing of the animal(s) listed below.

4

Example     Name:              Max
            Age/Type:           9 year old dog
            Size /Breed:        Large 55 pound black lab
            Color/Description:  Black hair, pink collar

Animal 1    Name:              _____
            Age/Type:          _____
            Size/Breed:        _____
            Color/Description: _____

Animal 2    Name:              _____
            Age/Type:          _____
            Size/Breed:        _____
            Color/Description: _____

Additional animals listed on Attachment 9(a).

___ Order that I will have the exclusive possession, care, custody, or control of an animal(s) owned, possessed, kept, or cared for by myself, the Respondent, a minor child of myself or the Respondent, or any other family or household member listed below.

Animal 1    Name:              _____
            Age/Type:          _____
            Size/Breed:        _____
            Color/Description: _____

Animal 2    Name:              _____
            Age/Type:          _____
            Size/Breed:        _____
            Color/Description: _____

Additional animals listed on Attachment 9(a).

✓ Order the following additional relief necessary to provide for my safety and welfare and the safety and welfare of my family or household members: Remove all mentions of me from his Youtube, X (Twitter), and other social media, Cease and desist from mentioning me or sharing my photos or personal information

NOTE: *The following requested relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days:*

___ Specify the arrangements for parenting time with our minor child(ren);
___ Require that parenting time be supervised by a third party;
___ Deny the Respondent parenting time;

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv 7/19

___ Order the Respondent to pay my attorney fees;
___ Order the Respondent to pay rent for my residence;
___ Order the Respondent to make payment on a mortgage for my residence;
___ Order the Respondent to pay child support for our minor child(ren);
___ Order the Respondent to pay support/maintenance for me;
___ Order the Respondent to reimburse me for expenses related to the domestic or family violence, stalking, sex offense, or harassment as follows:

*(specify the amount for each expense and bring documentation of the expense with you to Court for the Hearing):*

    ___ Medical expenses:      $_____
    ___ Counseling:      $_____
    ___ Shelter:      $_____
    ___ Repair or replacement of damaged property:      $_____

    ___ Other costs or fees I have as a result of bringing this case:      $_____

✓ Prohibit the Respondent from using or possessing a firearm, ammunition, or deadly weapon;

___ Order the Respondent to surrender the following firearm(s), ammunition, or deadly weapon(s) to a specified law enforcement agency *(list each item below and attach an additional sheet of paper if necessary)*:

_____
_____
_____
_____
_____
_____;

    ____ Continued on Attachment 9(b).

___ Order a wireless service provider to transfer to me the right to continued use of, and financial responsibility for, the following telephone number(s) used by me or by a minor child in my custody:

Telephone Number and User: _____
Wireless Service Provider: _____
Current Account Holder: _____

Telephone Number and User: _____
Wireless Service Provider: _____
Current Account Holder: _____

Additional telephone numbers listed on Attachment 9(c)

6

NOTE: *A wireless service provider's normal requirements for setting up a new cellular telephone account still apply. You should consider whether you will be able to set up an account in your own name and whether you will be able to pay for the account.*

10. Number of pages attached: 1

By filing this Petition, I am respectfully requesting that the Court immediately issue an Ex Parte Order for Protection. I understand that, if I have asked the Court for any of the following:
- evicting the Respondent from my/our home;
- giving me the possession of personal property;
- giving me possession of an animal;
- prohibiting Respondent from taking action against an animal;
- establishing rules for child parenting time;
- requiring the Respondent to pay fees, expenses, or child support;
- forbidding the Respondent from possessing a firearm, ammunition, or a deadly weapon;
- ordering the Respondent to surrender firearm(s), ammunition, or deadly weapons, or,
- allowing me or a child to continue to use a telephone number for which I will be financially responsible;

I must also ask the Court to set a date for a Hearing within thirty (30) days of today's date.

I understand that if my petition is based on harassment alone, the Court may grant relief ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.

I understand that if a Hearing is set, and if I fail to appear for the Hearing, the Court may terminate the Ex Parte Order and/or dismiss the case.

I affirm, under the penalties for perjury, that the foregoing representations are true:
    a.    on the basis of my own personal knowledge.
    b.    on the basis that I have been informed and believe that the facts stated are true. *(NOTE: If this Petition is made solely on the basis of Petitioner's information and belief, Petitioner must attach affidavits by one or more persons who have personal knowledge of the facts stated.)*

DATE: Oct 11, 2025

_Cali Miller_
PETITIONER (Signature)

Cali Miller
PETITIONER (Type or print name)

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 7/19

72D01-2610-PO-301

Cover Sheet for Protection Order, No Contact Order, Child Protective Order, Workplace Violence Restraining Order

## COVER SHEET (Check Only One)

**Protection Order**
- [ ] IC 34-26-5

**Child Protective Order**
- [ ] IC 31-34-2.3

**No Contact Order**
- [ ] IC 31-32-13
- [ ] IC 31-34
- [ ] IC 31-37
- [ ] IC 33-39-1-8
- [ ] IC 35-33-8-3.2
- [ ] IC 35-33-8-3.6
- [ ] IC 35-38-1-30 and/or 35-38-2-2.3

**Workplace Violence Restraining Order**
- [ ] IC 34-26-6

Case No.: 

Court: 

County: _____ INDIANA

### PETITIONER/PROTECTED PERSON/CHILD'S NAME IF CHILD IS PROTECTED PERSON

| First | Middle | Last |
|---|---|---|
| Cali |  | Miller |

And/or on behalf of minor family member(s):[List name, Sex, Race & Birth Year]

### PETITIONER/PROTECTED PERSON IDENTIFIERS

| BIRTH YEAR | SEX | RACE |
|---|---|---|
| 1986 | F | White |

Other Protected Persons/Birth Year/Sex/Race:

v.

### RESPONDENT/DEFENDANT

| First | Middle | Last |
|---|---|---|
| Liam | Bennett | Smith |

Relationship between Petitioner/Protected Person: None

Respondent's/Defendant's Address: 620 Bixler Ave Madison, Nashville, TN 37115

### RESPONDENT/DEFENDANT IDENTIFIERS

| SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|
| M | White |  |  |  |

| EYES | HAIR | DISTINGUISHING FEATURES |
|---|---|---|
| Brown |  | Scruffy facial hair |

| DRIVERS LICENSE # | STATE | EXP DATE |
|---|---|---|
|  |  |  |

**CAUTION:** [✓] Weapon Involved   [ ] Weapon Present on the property ?

**THE COURT FINDS:** That it has jurisdiction over the parties and subject matter, and the Respondent/Defendant has been or will be provided with reasonable notice and opportunity to be heard.

Additional findings of this order follow on succeeding pages.

**THE COURT ORDERS:** The Respondent/Defendant is restrained from committing further acts of abuse or threats of abuse to the Petitioner/Protected Person.
___ Yes ___ No  The Respondent/Defendant is Brady disqualified.
___ The Respondent/Defendant is restrained from any contact with the Petitioner. OR ___ The Respondent may only contact the Petitioner in the conditions in paragraph (s) ___ of the order.

Additional terms of this order follow on succeeding pages.

The terms of this order shall be effective until: (Check Only One)
- [ ] _____ [date]
- [ ] further order of the court.

**WARNINGS TO RESPONDENT/DEFENDANT:**
This order shall be enforced, even without registration, by the courts and law enforcement personnel of any state, the District of Columbia, any U.S. Territory, and may be enforced by Indian Tribal Government (18 U.S.C. Section 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in Federal imprisonment (18 U.S.C. Section 2262).
Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition (18 U.S.C. Section 922(g)(8)).

Only the Court can change this order. (The following court information is required by statute.)

Court Phone ( )
To verify status, call: Clerk ( )
Court Hours:
Sheriff ( )

Page 1 of ___

TCM-PO-Cover Sheet Approved 07/02
Rev. by State Ct. Admin. 07/15

Form Administrative Rule 9-G1

STATE OF INDIANA

IN THE _____ COURT, COUNTY OF _____

Cali Miller
Plaintiff(s),          )
                       )
vs.                    )   Case No: 73D01-2510-PO-301
                       )
Liam Bennett Smith,    )
Defendant(s)           )   **FILED**
                       )
                           OCT 27 2025

                           *signature*
                           CLERK OF SHELBY
                           SUPERIOR COURT NO. 1

Administrative Rule 9(G)(5) Notice of Exclusion
of Confidential Information from Public Access
(FILED WITH TRIAL COURT CLERK)

Contemporaneous with the filing of this notice, [party name] has filed confidential information on green paper in accordance with Administrative Rule 9(G)(6). Pursuant to Administrative Rule 9(G)(5), [party name], provides this notice that the confidential information contained on that green paper is to remain excluded from public access in accordance with the authority listed below:

| Name or description of document filed on green paper. | Administrative Rule 9(G) grounds upon which exclusion is authorized. |
|---|---|
| PO-0104, Confidential Form | 1. Admin. R. 9 (G) (2) (g) (i)<br>2. Admin. R. 9 (G) (3) (b)<br>3. Ind. Code 5-2-9-5.5 (c)<br>4. Ind. Code 5-2-9-6<br>5. Ind. Code 5-2-9-7<br>6. Ind. Code 31-37-19-2 (2)<br>7. Ind. Code 33-39-1-8 (i) (2)<br>8. Ind. Code 34-26-5-3 (a) (C)<br>9. Ind. Code 34-26-6-13<br>10. Ind. Code 35-33-8-3.2 (f) (2)<br>11. Ind. Code 35-38-2-2.3 (f) (2) |

Respectfully submitted,

_Cali Miller_
[Insert Name]

TCM-PNW-0102 Approved by State Court Administration 02/16

# CERTIFICATE OF SERVICE

I certify that on this _____ day of _____, 20____, the foregoing was served upon the following by [state method of service]:

[list names and addresses of counsel of record]

_____
[Signature]

# CASE IDENTIFICATION INFORMATION FOR CONFIDENTIAL FORM

For use by Court, Clerk, Prosecuting Attorney, and Law Enforcement Personnel ONLY

**OFFICE OF JUDICIAL ADMINISTRATION**

STATE OF INDIANA )
COUNTY OF _____ )

COURT: (check one)  ☐ Superior, Room #: _____  ☐ Circuit

PETITIONER/PLAINTIFF/NEXTFRIEND/STATE OF INDIANA: Cali Miller

v.

RESPONDENT/DEFENDANT: Liam Bennett Smith

CASE #: 73D01-2510-PO-301

DATE: 10/21/2025 (mm/dd/yyyy)

EMPLOYEE (IF WVRO): 

**FILED** OCT 22 2025

Clerk of Shelby Superior Court No. 1

## PERSON RESTRAINED

Name: Liam Bennett Smith
Home address: 6020 Bixler Ave, Madison Nashville, TN 37115

Home: ( ) _____
Work: ( ) _____
Cell: ( ) _____
Email: _____

Postal address (if different from home address): 

Location of place of business or where person is usually or often found: 

Sex: ☑ male  ☐ female

DOB: 

Describe nature and location of any scars or tattoos: 

Any scars or tattoos? ☐ Yes  ☐ No

Race: White
Hair color: Brown
Eye Color: 
Height: 
Weight: 

List the name(s), age, race, and sex of any person(s) residing at the household of the protected person who are NOT PROTECTED parties. Protected parties are listed on the Confidential Form which follows. Attach an additional sheet of paper if necessary.

| Name: | Age: / Race: | Sex: ☐ Male ☐ Female |
|---|---|---|
| Name: | Age: / Race: | Sex: ☐ Male ☐ Female |
| Name: | Age: / Race: | Sex: ☐ Male ☐ Female |
| Name: | Age: / Race: | Sex: ☐ Male ☐ Female |
| Name: | Age: / Race: | Sex: ☐ Male ☐ Female |
| Name: | Age: / Race: | Sex: ☐ Male ☐ Female |

1

OJA-PO-0104 Approved 07/02
Rev. by Office of Ct. Services 7/19

73D01-2510-PO-301

# CONFIDENTIAL FORM

Note: The following information is confidential under Indiana law pursuant to Indiana Code § 5-2-9-7, and it may not be released.

## PETITIONER

Home address: 1318 S Noble St Shelbyville IN 46176

**FILED** 2 2 2025
Clerk of Shelby Superior Court No. 1

DOB: 8 31 1986
Race: white
Sex: ☐ male ☑ female

SSN: (optional) 1550

Home: ( )
Work: ( )
Fax: ( )
Cell: (317) 721-4723
Email: accounts@cdlmiller.com

### PROTECTION ORDERS ONLY:

Do you wish to receive notifications when the order is issued, served, and about to expire? ☑ Yes ☐ No
Method: ☑ Email ☐ Text

You must provide data in the proper fields above to match the Method of notification chosen. See Notification Information at the bottom of this form.

Postal address (if different from home address):

When can protected person be reached at the above numbers or any alternative numbers? Between noon and 10pm

Other protected address: 2138 Cherokee Dr Shelbyville IN 46176
Address from confidentiality program of Attorney General:

List the cities/counties where the protected person would like a copy of the order sent: Madison Nashville, Davidson County Tennessee Shelbyville Shelby County Indiana

## OTHER PROTECTED PARTIES

Name: Vicki Jaussaud
Age: 66  Date of Birth: 1/9/1959
Sex: ☐ Male ☑ Female  Race: White

Name: Michael Jaussaud
Age: 82  Date of Birth: 7/7/1943
Sex: ☑ Male ☐ Female  Race: white

Name: Edward Miller
Age: 70  Date of Birth: 6/5/1955 ?
Sex: ☑ Male ☐ Female  Race: white

Attach an additional sheet of paper if necessary to list additional protected parties.

## PERSON RESTRAINED

SSN: _____

The "Confidential Form" portion of this form must be on green paper according to Admin. Rule 9

### Notification Information
- The user will incur standard text-messaging fees for any messages received.
- The user is responsible to notify the Clerk's office of any changes to their contact information which may include their cell phone number and email address.
- The Indiana Supreme Court's Office of Judicial Administration may not be held liable for the failure of the receipt of a notification.
- The notifications sent to users are a service being provided by the Indiana Supreme Court's Office of Judicial Administration.

2

OJA-PO-0104 Approved 07/02
Rev. by Office of Ct. Services 7/19