

**@bunglegrinder247** 1 hour ago

Damn dude I live in a town right next to Shelbyville, if you need a place to stay hmu

👍 1  👎   Reply



• 1 reply



**@slyyyboyyy** ⚙ 1 hour ago

Don't want to get a target painted on you, but screenshotted you and noted (maybe delete the comment)

👍 1  👎   Reply