**@calebismehehe2194** 4 hours ago

I saw her comment about harming you and was really taken aback about how brazen she was. Like it's very thinly veiled, kind of not veiled at all. Be careful going down there. Maybe just invest in a billboard down there instead of physically traveling there.

👍 74  👎   Reply

⌃ • 2 replies

    **@slyyyboyyy** ✓  4 hours ago

    May be worth looking into that as well

    👍 19  👎   Reply

    **@juvenilia_in_hell** 3 hours ago

    **@slyyyboyyy** could always try to raise money for one ahahaha

    👍 6  👎   Reply