

**@KatieCruzQueenpin** 0 seconds ago

Liam, I'm not gonna murder you, I'm suing you for all you have. I already filed the papers.

👍 👎  **Reply**